

## CAUSE NO. 12-18-00360-CR, 12-18-00361-CR

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **TIMOTHY WAYNE WASHINGTON,** **APPELLANT** | } | **APPEALED FROM 392ND DISTRICT** |
| **V.** | } | **COURT IN AND FOR** |
| **THE STATE OF TEXAS,** **APPELLEE** | } | **HENDERSON COUNTY, TEXAS** |

### ORDER

Appellant is represented by Mr. Steven R. Green, appointed counsel. On August 19, 2019, the time to file appellant's brief expired without a brief or a motion for extension of time. TEX. R. APP. P. 38.6(a). Pursuant to TEX. R. APP. P. 38.8(b), counsel was notified on August 8, 2019, that his motion for extension of time to file brief was overruled was given until August 19, 2019, to file a brief or otherwise explain the delay. No satisfactory response has been received.

Pursuant to TEX. R. APP. P. 38.8(b)(3), it is **ORDERED** that Honorable R. Scott McKee, Judge of the 392nd District Court of Henderson County, Texas, shall immediately conduct a hearing to determine (1) whether the appellant still desires to prosecute his appeals; (2) whether the appellant is indigent and either needs counsel appointed, or appellant's counsel has abandoned the appeals; or (3) if the appellant is not indigent, whether a brief has not been completed because retained counsel has either abandoned the appeals or because appellant has failed to make necessary arrangements for filing a brief; and (4) when appellant's counsel anticipates that the appellant's brief, if a brief is to be filed, will be completed.

It is **FURTHER ORDERED** that the judge shall (1) make appropriate findings as to the above set forth issues and (2) cause a record of the proceedings to be prepared.

It is **ADDITIONALLY ORDERED** that once findings are made as to the above set forth issues, if appellant is indigent, the judge shall (1) take such measures as may be necessary to assure appellant's effective representation, which may include the appointment of new counsel and (2) make recommendations to this Court regarding a proper filing date for the appellant's brief.

It is **FINALLY ORDERED** that the **supplemental clerk's record (including any orders and findings)** and the reporter's record of said hearing be filed with the Clerk of this Court on or before **Wednesday, September 25, 2019**.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas this 26th day of August 2019, A.D.

Respectfully yours,

*Katrina McClenny*
KATRINA MCCLENNY, CLERK